UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAWAR RAAD GATTAH,

        Plaintiff,        Case No. 17-cv-14152

v.        Paul D. Borman
        United States District Judge

COMMISSIONER OF SOCIAL        David R. Grand
SECURITY,        United States Magistrate Judge

        Defendant.
_____/

ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 17); (2) DENYING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15); (3) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 14-1); AND (4) REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

On January 2, 2019, Magistrate Judge David R. Grand issued a Report and Recommendation to Deny the Commissioner's Motion for Summary Judgment, Grant Plaintiff's Motion for Summary Judgment to the extent it seeks a remand but Deny Plaintiff's Motion for Summary Judgment to the extent it seeks an award of benefits, and to Remand this matter to the Administrate Law Judge for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 17, Report and Recommendation.) Having reviewed the Report and Recommendation, and there

1

being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 17), DENIES Defendant's Motion for Summary Judgment (ECF No. 15), GRANTS Plaintiff's Motion for Summary Judgment to the extent it seeks a remand but DENIES Plaintiff's Motion to the extent it seeks an award of benefits (ECF No. 14-1), and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g), consistent with Magistrate Judge Grand's analysis in his January 2, 2019 Report and Recommendation.

IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 24, 2019