UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAWAR RAAD GATTAH,

       Plaintiff,                Case No. 17-cv-14152

                                    Paul D. Borman
v.                                   United States District Judge

                                    David R. Grand
COMMISSIONER OF            United States Magistrate Judge
SOCIAL SECURITY,

       Defendant.
_____/

**ORDER (1) ADOPTING MAGISTRATE JUDGE GRAND'S NOVEMBER 25, 2019 REPORT AND RECOMMENDATION (ECF NO. 25), (2) GRANTING PLAINTIFF'S COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(b) (ECF NO. 22), (3) AWARDING ATTORNEYS' FEES IN THE AMOUNT OF $10,202.25, AND (4) ORDERING PLAINTIFF'S COUNSEL TO REFUND THE $6,750.00 IN ATTORNEY FEES PREVIOUSLY AWARDED UNDER THE EAJA**

On November 25, 2019, Magistrate Judge David R. Grand issued a Report and Recommendation to grant Plaintiff's Attorney's Petition for an Award of Attorney Fees Under 42 U.S.C. § 406(b) and to award Plaintiff's counsel $10,202.25 in attorneys' fees, following a successful award of benefits to the Plaintiff following a remand to the Commissioner in this case. (ECF No. 25.) Magistrate Judge Grand further Ordered that Plaintiff's counsel refund to Plaintiff the $6,750.00 in attorneys' fees previously awarded to Plaintiff's counsel under the Equal Access to Justice Act

("EAJA"). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's counsel's motion for an award of fees in the amount of **$10,202.25** (ECF No. 22), and further ORDERS Plaintiff's attorneys to refund to the Plaintiff the $6,750.00 EAJA fee award previously received in this matter.

IT IS SO ORDERED.

Dated: December 19, 2019
                                        s/Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge